**UNITED STATES ex rel. Harry HUDAK, Relator-Appellant, v. Byron H. UHL, as District Director of Immigration, etc., Respondent-Appellee.**

No. 365.

Circuit Court of Appeals, Second Circuit.

May 17, 1938.

James E. Wilkinson, of Brooklyn, N. Y., for appellant.

T. Joseph Coffey, of Auburn, N. Y., Ralph L. Emmons, U. S. Atty., of Binghamton, N. Y. (B. Fitch Tompkins, Asst. U. S. Atty., of Syracuse, N. Y., of counsel), for appellee.

Before L. HAND, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Order, 20 F.Supp. 928, affirmed in open court.

**UNITED STATES of America, v. J. D. WAKEFIELD et al.**

No. 1727.

Circuit Court of Appeals, Tenth Circuit.

June 11, 1938.

Curtis P. Harris, Sp. Atty., Department of Justice, for the United States.

Lee B. Thompson, of Oklahoma City, Okl., for appellees.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed on motion of appellant.

**UNITED STATES of America, on the relation of LEW CHUNG JON, Relator-Appellant, v. COMMISSIONER OF IMMIGRATION AND NATURALIZATION, Port of New York, Respondent-Appellee.**

No. 309.

Circuit Court of Appeals, Second Circuit.

May 2, 1938.

Paul Jones, of New York City, for appellant.

Lamar Hardy, U. S. Atty., of New York City (John W. Knox, Asst. U. S. Atty., of New York City, of counsel), for appellee.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Order, 18 F.Supp. 641, affirmed.